| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Block, Frederic | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/16/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza E.<br>Eastern District Court of NY<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 25 A 10: 48 FINANCIAL DISCLOSURE OFFICE

**Block, Frederic**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Government | 6/5/08-6/7/08 | Bolton Landing, NY | Annual Judicial Retreat | Lodging and meals |
| 2. | George Mason School of Law, Law & Econ. Center | 7/9/08-7/14/08 | George Mason Univ.,AZ | Educational Seminar | Travel, Lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICA MOVIL SER L ADR (1)(Y) | | | | | | | | | |
| 2. AT&T INC. SENIOR NOTES 6.375% 2/1 5/56 (1)(Y) | | | | | | | | | |
| 3. CITIGROUP INC. (1)(Y) | | | | | | | | | |
| 4. COHEN STEERS CLOSED END OPPTY FD(1)(Y) | | | | | | | | | |
| 5. DELAWARE INVT GBL D INCM (1)(Y) | | | | | | | | | |
| 6. EATON VANCE TAX-MANAGED GBL DIV EQUITY FD(1)(Y) | | | | | | | | | |
| 7. EATON VANCE TAX-MANAGED GBL DIV | C | Distribution | | | Sold | 9/4 | K | | |
| 8. FIRST TR TAX ADVANTAGED PFD INC FD(1)(Y) | | | | | | | | | |
| 9. FIRST TR TAX ADVANT. PFD INC FD | B | Dividend | K | T | | | | | |
| 10. FLAHERTY & CRUMRINE CLAYMORE PFD SEC INC FD(1)(Y) | | | | | | | | | |
| 11. FRT TRT VAL INDX(1)(Y) | | | | | | | | | |
| 12. FRT TRT VAL INDX(1)(Y) | | | | | | | | | |
| 13. CAPITAL ONE FIN.(1)(Y) | | | | | | | | | |
| 14. GENERAL ELECTRIC(1)(Y) | | | | | | | | | |
| 15. CHEVRON/TEXACO CORP.(1)(Y) | | | | | | | | | |
| 16. ALLIED CAPITAL CORP.(1)(Y) | | | | | | | | | |
| 17. DNP SELECT INCOME FUND INC.(1)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BLACKROCK INCM TR INC(1)(Y) | | | | | | | | | |
| 19. BLACKROCK NY MN I TR SBI | C | Dividend | L | T | | | | | |
| 20. EATON VANCE INS NY MUN | C | Dividend | K | T | | | | | |
| 21. ACE LIMITED DEP SHR REP 1/10 CUM RED 7.8% SER C(1)(Y) | | | | | | | | | |
| 22. KIMCO REALTY CORP DEP SHRREP I /10 CUM RD 6.65%PFD SHR (1)(Y) | | | | | | | | | |
| 23. CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | A | Interest | J | T | | | | | |
| 24. GENERAL ELECTRIC CAPTL SENIOR NOTED PFD 5.875% 2/18/33(1)(Y) | | | | | | | | | |
| 25. CITIGP CAP VIII DEF INT TST PFD STK 6.959% 09/15/31(1)(Y) | | | | | | | | | |
| 26. WELLS FARGO CAP VIII 5.625% 8-1-33(1)(Y) | | | | | | | | | |
| 27. BAYSHORE NY UN FREE SCH 4.25% 1-15-24(1)(Y) | | | | | | | | | |
| 28. LONG ISLAND PWR AT NY EL 4.5% 12-1-24(1)(Y) | | | | | | | | | |
| 29. NY NYC MUN WFA 4.5% 6-15-36(1)(Y) | | | | | | | | | |
| 30. NYS EFC ST CLN DRKG SER A 4.25% 11-15-19(1)(Y) | | | | | | | | | |
| 31. NEW ROCHELLE NY PUB INPT SER A 4.125% 3-15-22(1)(Y) | | | | | | | | | |
| 32. NYS SER A 4% 3-15-22(1)(Y) | | | | | | | | | |
| 33. NYC NY SER H 5.00 03/15/29(1)(Y) | | | | | | | | | |
| 34. HARTFORD DIRECTOR(1)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABN AMRO CAP FD TR VII PFD NON CUM 6.08% PERP | C | Dividend | K | T | | | | | |
| 36. ROYAL BK SCOT GRP PLC 6.35% NO NCUM PRF SR-N | C | Dividend | K | T | | | | | |
| 37. BLACKROCK MUNIYIELD NY INS FD INC | A | Dividend | K | T | | | | | |
| 38. NUVEEN NY INV QUAL MUNI | C | Dividend | L | T | | | | | |
| 39. NUVEEN NY QUAL INC MUNI | B | Dividend | L | T | | | | | |
| 40. PIMCO NY MUN INC FD | B | Dividend | K | T | | | | | |
| 41. MORTGAGE IT HOLDINGS INC(1)(Y) | | | | | | | | | |
| 42. AMERICAN CAPITAL WLD G&I CL C(2) | A | Dividend | | | Sold | 7/4 | K | | |
| 43. AMERICAN CAP INC BUILDER CL C(2) | A | Dividend | | | Sold | 5-13 | L | A | |
| 44. AMERICAN BLNCD CL C(2) | | None | | | Sold | 1/16 | K | | |
| 45. BLACKROCK EQUITYFD C(2) | A | Dividend | | | Sold | 7/7 | K | A | |
| 46. COHEN & STEERS CLOSED END OPPT Y FD(2) | A | Dividend | J | T | | | | | |
| 47. MERRILL LYNCH BANK USA(2) | A | Interest | K | T | | | | | |
| 48. MERRILL LYNCH BANK USA(1)(Y) | | | | | | | | | |
| 49. MERRILL LYNCH BANK & TRUST (1) (Y) | | | | | | | | | |
| 50. MERRILL LYNCH BANK USA | A | Interest | | | Closed | 5/8 | K | | |
| 51. ALGER CAPITAL APPRECIATION CL B (4)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Interest | K | T | | | | | |
| 53. SELIGMAN COMM & INF FD CL A (4)(Y) | | | | | | | | | |
| 54. ABB LTD SPON ADR(5) | A | Dividend | | | Sold | 1/15 | J | A | |
| 55. ADIDAS AG SPON ADR(5) | A | Dividend | | | Sold | 1/24 | J | A | |
| 56. AES CORP(5) | | None | | | Sold | 5/8 | J | | |
| 57. AFF. MANAGERS GRP(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 58. ALNYLAM PHARM.(5) | | None | | | Sold | 5/8 | J | A | |
| 59. AMER EAGLE OUTFITTERS(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 60. AM EX CO(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 61. AMER INTL GRP (5) | A | Dividend | | | Sold | 5/8 | J | | |
| 62. AMER MOVIL SAB DE CV(50 | A | Dividend | | | Sold | 5/8 | J | | |
| 63. ANHEUSR BUSCH COS (5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 64. AON CORP(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 65. APACHE CORP(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 66. APACHE CORP(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 67. BANK OF AMERICA CORP (5) | A | Dividend | | | Sold | 5/8 | J | | |
| 68. BANK OF AMERICA CORP (5) | A | Dividend | | | Sold | 5/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BARR PAHARM(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 70. BARRICK GOLD CORP.(5) | | None | | | Sold | 5/8 | J | A | |
| 71. BARRICK GOLD CORP.(5) | | None | | | Sold | 5/8 | J | A | |
| 72. BAXTER INTNL(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 73. BHP BILLITON LTD ADR(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 74. BOSTON PPTYS INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 75. BOSTON SCIENTIFIC CORP(5) | | None | | | Sold | 5/8 | J | A | |
| 76. CANADIAN NATURAL RES LTD(5) | A | Dividend | | | Sold | 1/22 | J | A | |
| 77. CATERPILLAR INC DEL(50 | A | Dividend | | | Sold | 5/8 | J | A | |
| 78. CHESAPEAKE ENERGY OKLA(5) | A | Dividend | | | Sold | 5/8 | J | B | |
| 79. CIGNA CORP(5) | | None | | | Sold | 5/8 | J | | |
| 80. COCA COLA COM(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 81. COMCAST CORP NEW CL A(5) | | None | | | Sold | 5/8 | J | A | |
| 82. CONOCOPHILLIPS(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 83. CONOCOPHILLIPS(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 84. CREDIT SUISSE GP SP ADR(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 85. CYTEC INDUST.(5) | A | Dividend | | | Sold | 3/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DEVON ENERGY CORP NEW (5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 87. DISNEY(WALT) COM COM STK(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 88. DISNEY(WALT) COM COM STK(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 89. EL PASO CORP.(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 90. EMERSON ELEC CO(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 91. EQUITY RESIDENTIAL(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 92. FLEXTRONICS INTL LTD(5) | | None | | | Sold | 5/8 | J | | |
| 93. GENERAL ELECTRIC(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 94. GENERAL GROWTH PPTYS INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 95. GOLD CORP INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 96. HARMONETICS CORP MASS(5) | | None | | | Sold | 5/8 | J | A | |
| 97. HALLIBURTON CO(5) | A | Dividend | | | Sold | 4/29 | J | A | |
| 98. HELIX ENERGY SOLUTIONS(5) | | None | | | Sold | 3/13 | J | | |
| 99. HEWLETT PACKARD CO DEL(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 100. HEWLETT PACKARD CO DEL(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 101. INTL BUSINESS MACHINES CORP (5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 102. INTRPUBLIC GRP OF CO(5) | | None | | | Sold | 5/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. INVESCO LTD(5) | | None | | | Sold | 5/8 | J | A | |
| 104. KINETIC CONCEPTS INC(5) | | None | | | Sold | 5/8 | J | | |
| 105. MACYS INC(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 106. MARSH & MCLENNAN COS INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 107. MARSH & MCLENNAN COS INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 108. MCDONALDS CORP COM(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 109. MEMC ELECTR MATLS INC(5) | | None | | | Sold | 2/19 | J | A | |
| 110. MICROSOFT CORP(5) | A | Dividend | | | Sold | 2/5 | J | | |
| 111. MURPHY OIL CORP(5) | A | Dividend | | | Sold | 5/8 | J | B | |
| 112. MURPHY OIL CORP(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 113. NEWMONT MINING CORP(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 114. NOVARTIS ADR(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 115. OAO GAZPROM SPON ADR(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 116. OILSANDS QUEST INC(5) | | None | | | Sold | 5/8 | J | A | |
| 117. PFIZER INC DEL PV$0.05 (5) | A | Dividend | | | Sold | 5/8 | J | | |
| 118. PIONEER NATURAL RES CO(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 119. PROCTOR & GAMBLE CO(5) | A | Dividend | | | Sold | 5/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  PUBLIC STORAGE $0.10 (5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 121.  ROYAL DUTCH SHELL PLC SPONS ADR A(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 122.  SAP AKGSLTT SPONS ADR(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 123.  SCHLUMBERGER LTD(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 124.  SIEMENS AG ADR(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 125.  SILVER WHEATON CORP(5) | | None | | | Sold | 5/8 | J | A | |
| 126.  SIMON PROP GRP DEL(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 127.  SOUTHWEST AIRLNS CO(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 128.  SOUTHWESTERN ENERGY CO(5) | | None | | | Sold | 5/8 | J | A | |
| 129.  SPECTRA ENERGY CORP(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 130.  STRYKER CORP(5) | A | Dividend | | | Sold | 1/22 | J | A | |
| 131.  STRYKER CORP(5) | A | Dividend | | | Sold | 1/22 | J | | |
| 132.  SUN MICROSYS INC(5) | | None | | | Sold | 5/8 | J | | |
| 133.  SUNCOR ENERGY INC NPV(5) | A | Dividend | | | Sold | 5/8 | J | B | |
| 134.  SUNTECH PWR HLDGS CO LTD(5) | | None | | | Sold | 5/8 | J | A | |
| 135.  SYMANTEC CORP COM (5) | | None | | | Sold | 5/8 | J | A | |
| 136.  SYMANTEC CORP COM (5) | | None | | | Sold | 5/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) T pe (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) T pe (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  TESORO CORP(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 138.  TEXAS INSTRM(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 139.  TIME WARNER INC NEW (5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 140.  TITANIUM METALS CORP NEW(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 141.  UNILEVER NV NY REGS SHS(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 142.  UNILEVER NV NY REGS SHS(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 143.  UNUM GROUP(5) | A | Dividend | | | Sold | 5/8 | J | | |
| 144.  VORNADO REALTY TST COM (5) | A | Dividend | | | Sold | 5/8 | J | | |
| 145.  WAL-MART STORES INC(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 146.  WASHINGTON POST CO B (5) | A | Dividend | | | Sold | 5/8 | J | | |
| 147.  WASTE MGMT INC NEW(5) | A | Dividend | | | Sold | 5/8 | J | A | |
| 148.  WEATHERFORD INTL LTD BERMUD A(5) | | None | | | Sold | 3/13 | J | A | |
| 149.  WEBMD HEALTH CORP(5) | | None | | | Sold | 5/8 | J | | |
| 150.  WSTN DIGITAL CORP DEL(5) | | None | | | Sold | 4/22 | J | A | |
| 151.  WSTN DIGITAL CORP DEL(5) | | None | | | Sold | 4/22 | J | | |
| 152.  WYNN RESORTS LTD(5) | | None | | | Sold | 5/8 | J | A | |
| 153.  STREETTRACKS GOLD TR(5) | | None | | | Sold | 5/8 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   MERRILL LYNCH BK USA(5) | A | Interest | | | Closed | 5/8 | J | | |
| 155.   BLACKROCK WORLD INVT TR | A | Dividend | K | T | Buy | 9/4 | K | | |
| 156.   NUVEEN NY PREF PLS MUNI | A | Dividend | K | T | Buy | 7/7 | K | | |
| 157.   RESEARCH IN MOTION LTD | | None | J | T | Buy | 8/12 | J | | |
| 158.   WESTERN ASST/CLAYMORE US TR EAS. INFLATION | B | Dividend | K | T | Buy | 5/13 | K | | |
| 159.   WESTERN ASSET/CLAYMORE INFL.-L NKD OPT & INC FD | B | Dividend | K | T | Buy | 5/13 | K | | |
| 160.   IRA - F. BLOCK | | | | | | | | | |
| 161.   ALLIED CAPITAL CORP NEW | A | Dividend | J | T | Buy | 3/26 | K | | |
| 162.   ANNALY CAP MGMT INC | B | Dividend | K | T | Buy | 4/1 | K | | |
| 163.   ARROW ALTERN. SOLUTIONS FD CL A | A | Dividend | L | T | Buy | 5/16 | L | | |
| 164.   BLACKROCK PFD INC STRAT | B | Dividend | J | T | Buy | 1/30 | K | | |
| 165.   BLACKROCK PFD & CORP INC | B | Dividend | J | T | Buy | 1/30 | K | | |
| 166.   CGM ADVISOR TARG.EQ. FD CL C | A | Dividend | K | T | Buy | 1/3 | K | | |
| 167.   DWA TECH LEADERS PORT | | None | J | T | Buy | 4/28 | J | | |
| 168.   EATON VANCE DIVIDEND BLDR FD C L C | A | Dividend | K | T | Buy | 1/15 | K | | |
| 169.   EATON VANCE RISK MANAGED DI VRS.EQ. INC FD | A | Dividend | K | T | Buy | 9/11 | K | | |
| 170.   JOHN HANCOCK LG CAP EQ FD CL C | A | Dividend | K | T | Buy | 1/28 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)           U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PIMCO TOTAL RETURN FD CL C | B | Dividend | K | T | Buy | 2/25 | K | | |
| 172. COMCAST CORP.USCRD NOTES SER B 7% 9-15-55 | A | Dividend | | | Sold | 5/13 | K | | |
| 173. -NEWCASTLE INVESTMENT CRP REIT S DIVERS. | | None | | | Sold | 1/31 | J | | |
| 174. -MERRILL LYNCH & CO SRUS SER M LNP 4.15 10/4/11 | A | Interest | | | Sold | 4/22 | K | | |
| 175. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | A | Interest | J | T | Sold (part) | 9/16 | J | | |
| 176. -HERTZ CORP. NOTES 7.4% 03/01/11 | B | Interest | | | Sold | 4/18 | K | | |
| 177. CBS CORP. 7.25% 06/30/51 | B | Interest | J | T | | | | | |
| 178. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | K | T | | | | | |
| 179. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | B | Interest | K | T | Sold (part) | 9/19 | K | | |
| 180. ALLIANZ NACM PACIFIC RIM FD CL C | A | Dividend | | | Sell | 12/6 | K | | |
| 181. AMERICAN FUNDM INVT CL C FD | A | Dividend | K | T | Sold (part) | 3/11 | K | | |
| 182. AMERICAN CAP WLD GRW & INC CL C | A | Dividend | K | T | | | | | |
| 183. AMERICAN CAP INC BUILDER CL C | B | Dividend | | | Sold | 1/8 | L | B | |
| 184. AMERICAN CAP. WORLD BD FD CL C | A | Dividend | | | Sold | 6/4 | K | | |
| 185. AMERICAN HIGH INC TRUST FD CL C | | None | | | Sold | 2/28 | K | | |
| 186. AMERICAN BOND FD OF AMERICA CL C | B | Dividend | K | T | | | | | |
| 187. ARROW DWA BALANCED FD CL A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. BLACKROCK EQUITY DIV FD C | A | Dividend | K | T | | | | | |
| 189. COHEN & STEERS CLOSED END OPPTY FD | B | Dividend | J | T | | | | | |
| 190. COLUMBIA ACORN SELECT FD CL C | | None | | | Sold | 3/31 | K | | |
| 191. DELAWARE INVT GBL D INC | A | Dividend | | | Sold | 3/31 | K | | |
| 192. -EVERGREEN MANAGED INCOME FUND Multi Sector | C | Dividend | K | T | | | | | |
| 193. HANCOCK PREF INC 3 | A | Dividend | | | Sold | 2/4 | K | A | |
| 194. IVY ASSET STRATEGY FD CL C | | None | K | T | | | | | |
| 195. IVY CAPITAL APPRC. FD CL C | | None | | | Sold | 3/14 | K | | |
| 196. BLACKROCK ALLOCATION C | A | Dividend | K | T | | | | | |
| 197. NATIXIS INC DIV PTFLIO CL C | A | Dividend | | | Sold | 1/31 | K | | |
| 198. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Dividend | K | T | | | | | |
| 199. THORNBURG CORE GRTH FD CL C | .. | -None | | | Sold | 1/18 | K | B | ... |
| 200. THORNBURG INC BUILDER FD CL C | B | Dividend | K | T | | | | | |
| 201. -MERRILL LYNCH BANK USA RASP | A | Interest | J | T | | | | | |
| 202. USB CAPITAL VI 5.75% 3/9/35 | B | Dividend | K | T | Sold (part) | 9/16 | J | | |
| 203. -COHEN STEERS REIT & UTILITIES INC FD | | | | | Sold | 1/3 | K | | |
| 204. -LOOMIS SAYLES INV GRADE BOND FD CL C | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | K | T | Sold (part) | 4/4 | K | | |
| 206. NUVEEN QUAL PREF INC 2 | C | Dividend | K | T | | | | | |
| 207. BANK OF SMITHTOWN | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III-B - All assets listed with (1) or (4) in the previous year's report were owned by Judge Block███████
Divorce was final in 2008 therefore these items are no longer reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 06/16/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI                      T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544